IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL OF GERARD ARANEO, DECEASED.

Superior Court of New Jersey
Appellate Division

Submitted September 29, 1986—Decided October 17, 1986.

Before Judges GAYNOR and SCALERA.

*Sheehy and Sheehy,* attorneys for appellants (*John J. Sheehy* on the brief).

*Coyle & Van Dorn,* attorneys for respondent (*John T. Coyle* on the brief).

PER CURIAM.

We concur in Judge Wefing's construction and application of *N.J.S.A.* 3B:5–16(b) in this case and affirm the order entered October 4, 1985, denying proponents' petition to set aside the judgment admitting to probate the last will and testament of Gerard Araneo, deceased, and to award them intestates' shares of decedent's estate, substantially for the reasons expressed by Judge Wefing in her published opinion.

Affirmed.